# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northern California Land Trust** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA NCLT** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**23-7380534** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3122 Shattuck Ave**<br>**Berkeley, CA**<br>ZIP Code **94705** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Northern California Land Trust |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: Noodle Factory CLT Homes, LLC | Case Number: 09-49630 | Date Filed: 10/13/09 |
|---|---|---|
| District: Northern District of California | Relationship: 11 U.S.C. Section 101(2)(b) | Judge: Edward D. Jellen |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Northern California Land Trust** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Jeffrey J. Goodrich**
Signature of Attorney for Debtor(s)

**Jeffrey J. Goodrich 107577**
Printed Name of Attorney for Debtor(s)

**Goodrich & Associates**
Firm Name

**336 Bon Air Center
Suite 335
Greenbrae, CA 94904**
Address

**415-925-8630  Fax: 415-925-9242**
Telephone Number

**March 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Ian Winters**
Signature of Authorized Individual

**Ian Winters**
Printed Name of Authorized Individual

**Executive Director**
Title of Authorized Individual

**March 26, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Northern California Land Trust**   Case No.
                                    Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 1320-22 Haskell HOA<br>c/o Edward Schocker<br>1320 B Haskell St<br>Berkeley, CA 94702 | 1320-22 Haskell HOA<br>c/o Edward Schocker<br>1320 B Haskell St<br>Berkeley, CA 94702 | reimbursement of fire protection service | | 1,200.00 |
| ACS Support<br>STOP 813G<br>PO Box 145566<br>Cincinatti, OH 45250 | ACS Support<br>STOP 813G<br>PO Box 145566<br>Cincinatti, OH 45250 | | Disputed | 4,131.00 |
| Allyson Steinberg<br>4023 West St<br>Oakland, CA 94608 | Allyson Steinberg<br>Allyson Steinberg<br>4023 West St<br>Oakland, CA 94608 | Health Savings contribution | | 1,350.00 |
| Alonz, Bacarisse, Irvine & Palmer<br>1800 St. James Place<br>Ste 100<br>Houston, TX 77056 | Alonz, Bacarisse, Irvine & Palmer<br>1800 St. James Place<br>Ste 100<br>Houston, TX 77056<br>(713) 954-2002 | 2004 audit services | | 3,958.34 |
| Alternative Telecom Networks<br>1050 Heinz Ave<br>Berkeley, CA 94710 | Alternative Telecom Networks<br>1050 Heinz Ave<br>Berkeley, CA 94710<br>(510) 848-4411 | telephone services | | 2,693.00 |
| Card Service Center<br>PO Box 5691000<br>Dallas, TX 75356-9100 | Card Service Center<br>PO Box 5691000<br>Dallas, TX 75356-9100 | credit card purchases | | 4,329.96 |
| DRB Associates<br>220 Montgomery St<br>Ste 1830<br>San Francisco, CA | DRB Associates<br>220 Montgomery St<br>Ste 1830<br>San Francisco, CA | Myrtle and Drayage | | 10,966.00 |
| Erin Englebrecht<br>404 40th St<br>Newport Beach, CA 92663 | Erin Englebrecht<br>Erin Englebrecht<br>404 40th St<br>Newport Beach, CA 92663 | solar alliance | | 1,400.00 |
| Goldfarb Lipman<br>PO Box 71043<br>Oakland, CA 94612 | Goldfarb Lipman<br>PO Box 71043<br>Oakland, CA 94612<br>(510) 836-6336 | attorneys fees and costs re Mariposa Green/Mariposa Private/Peach Gardens | | 4,721.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Northern California Land Trust**         Case No. _____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Great American Insurance Group**<br>PO Box 89400<br>Cleveland, OH 44101-6400 | **Great American Insurance Group**<br>PO Box 89400<br>Cleveland, OH 44101-6400 | property insurance | | 23,657.18 |
| **Home Depot Credit Services**<br>Dept 32-2003327529<br>PO Box 6029<br>The Lakes, NV 88901-6029 | **Home Depot Credit Services**<br>Dept 32-2003327529<br>PO Box 6029<br>The Lakes, NV 88901-6029 | | | 2,135.39 |
| **Ingrid Jacobson**<br>328 Hanover Ave<br>#311<br>Oakland, CA 94606 | **Ingrid Jacobson**<br>Ingrid Jacobson<br>328 Hanover Ave<br>#311<br>Oakland, CA 94606 | Health Savings Acct contribution 2009, Jan to March 2010 | | 1,350.00 |
| **Joanne Morrison**<br>552 James St<br>Livermore, CA 94551 | **Joanne Morrison**<br>Joanne Morrison<br>552 James St<br>Livermore, CA 94551<br>(925) 373-0210 | attorneys fees and costs | | 4,437.10 |
| **Konika/Quality Digital Solutions**<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | **Konika/Quality Digital Solutions**<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | NCLT copier | | 1,333.53 |
| **Linda Sonier**<br>2506 Mandell<br>#4<br>Houston, TX 77006-2444 | **Linda Sonier**<br>2506 Mandell<br>#4<br>Houston, TX 77006-2444<br>(713) 862-7500 | | | 6,398.00 |
| **Mechanics Bank of Richmond**<br>3170 Hilltop Mall<br>San Pablo, CA 94806 | **Mechanics Bank of Richmond**<br>3170 Hilltop Mall<br>San Pablo, CA 94806 | Guarantee of loan to Noodle Factory CLT Homes, LLC | Contingent<br>Unliquidated<br>Disputed | 3,870,000.00 |
| **P..E.A.C.H.**<br>c/o Tom Freeman<br>138 Twin Oaks Rod<br>Lousia, VA 23093 | **Tom Freeman**<br>P..E.A.C.H.<br>c/o Tom Freeman<br>138 Twin Oaks Rod<br>Lousia, VA 23093<br>(540) 894-5126 | operating loan | | 50,000.00 |
| **Pitney Bowes Purchase Power**<br>PO Box 856042<br>Louisville, KY 40285 | **Pitney Bowes Purchase Power**<br>PO Box 856042<br>Louisville, KY 40285<br>(800) 243-7800 | | | 1,669.34 |
| **Rubian Moss**<br>675 Sixty First St<br>Oakland, CA 94609 | **Rubian Moss**<br>675 Sixty First St<br>Oakland, CA 94609<br>(510) 595-7360 | | | 12,000.00 |
| **William Segesta**<br>1836 Rosa St<br>Berkeley, CA 94703 | **William Segesta**<br>William Segesta<br>1836 Rosa St<br>Berkeley, CA 94703 | | | 1,235.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Northern California Land Trust**            Case No.       
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Executive Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 26, 2010**               Signature   **/s/ Ian Winters**
                                                                    **Ian Winters**
                                                                    **Executive Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1320-22 Haskell HOA
c/o Edward Schocker
1320 B Haskell St
Berkeley, CA 94702


ABC Fire Protection
PO Box 951
Fremont, CA 94537


ACS Support
STOP 813G
PO Box 145566
Cincinatti, OH 45250


Alameda County Lead Poisoning Program
2000 Embarcadero
Ste 300
Oakland, CA 94606


Allyson Steinberg
4023 West St
Oakland, CA 94608


Alonz, Bacarisse, Irvine & Palmer
1800 St. James Place
Ste 100
Houston, TX 77056


Alternative Telecom Networks
1050 Heinz Ave
Berkeley, CA 94710


Aon Risk Insurance Services West, Inc
1999 Fremont St
Ste 1400
San Francisco, CA 94105

```
Arrowhead
PO Box 856158
Louisbille, KY 40285



Berkadia/Citibank
116 Welsh Rd
Horsham, PA 19044



California Dept. of Housing & Com. Dev.
Attn: Tom Monahan, Program Manager
1800 3rd St
Sacramento, CA 95814



Card Service Center
PO Box 5691000
Dallas, TX 75356-9100



City of Berkeley
Finance Department
1947 Center St
1st Floor
Berkeley, CA 94707



City of Berkeley
Finance Dept
2180 Milvia St
Berkeley, CA 94704



City of Oakland
File 74256
PO Box 6000
San Francisco, CA 94160



City of San Francisco
Mayor's Office of Housing
Attn: Asset Manager/Mike McLoone
1 South Van Ness, 5th Fl
San Francisco, CA 94103
```

Clare Lacy
828 Arlington Ave
Oakland, CA 94608


Community and Economic Development Agenc
City of Oakland
250 Frank Ogawa Pl
Ste 5313
Oakland, CA 94612


Community Bank of the Bay
1750 Broadway
Oakland, CA 94612


Community Development Department
City of Bekeley
2180 Miliva St
Room 210
Berkeley, CA 94704


Costco
PO Box 34783
Seattle, WA 98124


Delux Business Checks
PO Box 742572
Cincinatti, OH 45274-2572


Donell McAllister


DRB Associates
220 Montgomery St
Ste 1830
San Francisco, CA

East Bay Express
620 Third St
Oakland, CA 94607


EBMUD
PO Box 1000
Oakland, CA 94649-0001


Erin Englebrecht
404 40th St
Newport Beach, CA 92663


Franchise Tax Board
PO Box 942840
Sacramento, CA 94240


Francis McIlveen
1521 Verdi St
#3A
Alameda, CA 94501


Goldfarb Lipman
PO Box 71043
Oakland, CA 94612


Great American Insurance Group
PO Box 89400
Cleveland, OH 44101-6400


Hank Obermayer
834 59th St
Oakland, CA 94608

Hank Obermeyer
834 59th St
Oakland, CA 94608


Harry Clark Plumbing and Heating
3026 Broadway
Oakland, CA 94611


Home Depot Credit Services
Dept 32-2003327529
PO Box 6029
The Lakes, NV 88901-6029


Ian Winters
1801 Fairview St
Berkeley, CA 94705


Ide4alist/Action Without Borders
360 West 31st St
Ste 1510
New York, NY 10001


Ingrid Jacobson
328 Hanover Ave
#311
Oakland, CA 94606


Intuit
PO Box 513340
Los Angeles, CA 90051


Joanne Morrison
552 James St
Livermore, CA 94551

```
Konika/Quality Digital Solutions
PO Box 550599
Jacksonville, FL 32255-0599



Linda Sonier
2506 Mandell
#4
Houston, TX 77006-2444



Mechanics Bank
PO Box 1786
Richmond, CA 94802-0786



Mechanics Bank of Richmond
3170 Hilltop Mall
San Pablo, CA 94806



Nicholas Roofing
1816 San Pablo Ave
Berkeley, CA 94702



Norman Gee
2317 Fruitvale Ave
Oakland, CA 94601



P..E.A.C.H.
c/o Tom Freeman
138 Twin Oaks Rod
Lousia, VA 23093



PG&E
P.O. Box 997300
Sacramento, CA 95899-7300
```

Pipe Pros, Inc
1009 Shary Circle
Ste D
Concord, CA 94518


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285


Property ID
1001 Wilshire Ave
Los Angeles, CA 90017


Rex Key & Security
1908 University Ave
Berkeley, CA 94707


Rubian Moss
675 Sixty First St
Oakland, CA 94609


San Francisco Dept of Public Health
1390 Market St
#210
San Francisco, CA 94102


Sentry Alarm
c/o Credit Bureau of Montery Peninsula
PO Box 1631
#6 Harris Court, Ryan Ranch
Monterey, CA 93942-1631


Small Business Benefit Plan Trust
PO Box 156
Belmont, CA 94002

Washington Mutual/Chase
PO Box 78148
Phoenix, AZ 85062-8148


Web Service Co.
100 Sepulveda Blvd
12th Floor
El Segundo, CA 90245


William Segesta
1836 Rosa St
Berkeley, CA 94703

# United States Bankruptcy Court
## Northern District of California

In re **Northern California Land Trust**    Case No.
Debtor(s)    Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ian Winters**, declare under penalty of perjury that I am the **Executive Director** of **Northern California Land Trust**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of March, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ian Winters**, **Executive Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ian Winters**, **Executive Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ian Winters**, **Executive Director** of this Corporation is authorized and directed to employ **Jeffrey J. Goodrich 107577**, attorney and the law firm of **Goodrich & Associates** to represent the corporation in such bankruptcy case."

Date **March 26, 2010**    Signed **/s/ Ian Winters**
        **Ian Winters**

Resolution of Board of Directors
of
**Northern California Land Trust**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ian Winters**, **Executive Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ian Winters**, **Executive Director** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ian Winters**, **Executive Director** of this Corporation is authorized and directed to employ **Jeffrey J. Goodrich 107577**, attorney and the law firm of **Goodrich & Associates** to represent the corporation in such bankruptcy case.

Date  **March 26, 2010**                           Signed _____

Date  **March 26, 2010**                           Signed _____